**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:09CR509 JCH |
| | ) | |
| HOWARD WITTNER, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

**IT IS HEREBY ORDERED** that this matter is set for a non-compliance hearing on **<u>Wednesday, June 3, 2015</u>**, at **<u>9:30 a.m.</u>** in the courtroom of the undersigned.

Dated this ___5th___ Day of May, 2015.

_____\s\___Jean C. Hamilton
UNITED STATES DISTRICT JUDGE