UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:09 CR 509  JCH ) |
| HOWARD WITTNER, | ) ) |
| Defendant. | ) |

## NOTICE

COMES NOW the United States of America, by and through Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Charles S. Birmingham, Assistant United States Attorney for said District, and states as follows:

Per the Court's direction to the parties at the conclusion of proceedings on June 3, 2015, the government has met and communicated with defense counsel for defendant Howard Wittner regarding the defendant's payment of restitution as ordered by the Court.   The government hereby notifies the Court that, based upon communications to date, the government presently has no additional information to report to the Court regarding whether or when said payment will be made by the defendant.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

 */s/ Charles S. Birmingham*
CHARLES S. BIRMINGHAM, #47134MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri  63102
(314) 539-2200

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2015, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

    */s/ Charles S. Birmingham*
CHARLES S. BIRMINGHAM, #47134MO
Assistant United States Attorney