IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:09 CR 509 JCH |
| | ) | |
| HOWARD WITTNER, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR CONTINUANCE

COMES NOW Defendant Howard Wittner and hereby moves the Court for a continuance of the Compliance Hearing currently scheduled for September 25, 2015, at 9:30 a.m.  Counsel for the United States of America has consented to the relief sought by this motion.

As grounds for this motion, Defendant states that both parties have been working to resolve the issues that would be addressed at the Compliance Hearing.  Defendant requests additional time in order to further pursue such efforts, which may render the necessity of a Compliance Hearing moot.

Accordingly, Defendant Howard Wittner asks the Court to continue the Compliance Hearing currently scheduled for September 25, 2015 at 9:30 a.m.

Respectfully submitted,

 /s/ Gerard T. Carmody
Gerard T. Carmody, #24769MO
CARMODY MACDONALD P.C.
120 South Central Avenue, Suite 1800
St. Louis, Missouri 63105
Telephone  (314) 854-8600
Facsimile   (314) 854-8660
gtc@carmodymacdonald.com

LUCCO, BROWN, THRELKELD & DAWSON L.L.P.

J. William Lucco, #01701835IL
224 St. Louis Street
P. O. Box 539
Edwardsville, IL 62025
Telephone: (618) 656-2321
Facsimile: (618) 656-2363
BLucco@lbtdlaw.com

Attorneys for Defendant Howard Wittner

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 24th day of September, 2015, the foregoing was filed with the Clerk of Court electronically, to be served by operation of the Court's electronic filing system upon all parties of record.

/s/ Gerard T. Carmody

2