UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:09CR00509 JCH |
| HOWARD WITTNER, | ) |
| Defendant, | ) |
| and | ) |
| DREYFUS FAMILY OF FUNDS<br>C/O BNY MELLON INVESTMENT<br>SERVICING (US) INC.<br>103 BELLEVUE PARKWAY<br>WILMINGTON, DE 19809 | ) |
| Garnishee. | ) |

## **FINAL ORDER OF GARNISHMENT**

This matter comes before the Court for entry of a Final Order of Garnishment, pursuant to 18 U.S.C. § 3613 and 28 U.S.C. § 3205 of the Federal Debt Collection Procedures Act, against the substantial nonexempt property belonging to or due Defendant Howard Wittner ("Defendant").

A Writ of Garnishment, directed to Dreyfus Family of Funds, c/o BNY Mellon Investment Servicing (US), Inc. ("Garnishee"), has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee mailed the original of its Answer to this Court on or about October 2, 2015, stating that at the time of service of the writ it had in its possession, custody, or under its control property belonging to and due Defendant.

1

On October 7, 2015, counsel for Defendant notified counsel for the United States that Defendant has no objection to this Court entering a Final Order of Garnishment.

**THEREFORE, IT IS ORDERED** that Garnishee shall make payable to the Clerk of the District Court of the Eastern District of Missouri all property (including monetary funds and any accrued interest) in the custody, control or possession of Garnishee held in the name of Defendant.

**IT IS FURTHER ORDERED** that Garnishee shall issue a check for the funds described above to the Clerk of the District Court, Eastern District of Missouri, 111 South 10th Street, 3rd Floor, St. Louis, Missouri 63102, within ten (10) days of this Order.

Dated: _____

_____
The Honorable Jean C. Hamilton
United States District Judge

2