UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:09CR00509 JCH |
| | ) | |
| HOWARD WITTNER, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DREYFUS FAMILY OF FUNDS | ) | |
| C/O BNY MELLON INVESTMENT | ) | |
| SERVICING (US) INC. | ) | |
| 103 BELLEVUE PARKWAY | ) | |
| WILIMINGTON, DE 19809 | ) | |
| | ) | |
| Garnishee. | ) | |

## FINAL ORDER OF GARNISHMENT

This matter comes before the Court for entry of a Final Order of Garnishment, pursuant to

18 U.S.C. § 3613 and 28 U.S.C. § 3205 of the Federal Debt Collection Procedures Act, against

the substantial nonexempt property belonging to or due Defendant Howard Wittner

("Defendant").

A Writ of Garnishment, directed to Dreyfus Family of Funds, c/o BNY Mellon Investment

Servicing (US), Inc. ("Garnishee"), has been duly issued and served upon the Garnishee.

Pursuant to the Writ of Garnishment, the Garnishee mailed the original of its Answer to this

Court on or about October 2, 2015, stating that at the time of service of the writ it had in its

possession, custody, or under its control property belonging to and due Defendant.

1

On October 7, 2015, counsel for Defendant notified counsel for the United States that

Defendant has no objection to this Court entering a Final Order of Garnishment.

**THEREFORE, IT IS ORDERED** that Garnishee shall make payable to the Clerk of the

District Court of the Eastern District of Missouri all property (including monetary funds and any

accrued interest) in the custody, control or possession of Garnishee held in the name of

Defendant.

**IT IS FURTHER ORDERED** that Garnishee shall issue a check for the funds described

above to the Clerk of the District Court, Eastern District of Missouri, 111 South 10th Street, 3rd

Floor, St. Louis, Missouri 63102, within ten (10) days of this Order.

Dated:  _____10|9|15_____          _____
                                  The Honorable Jean C. Hamilton
                                  United States District Judge

2